IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2005 NOV 16 A 9: 49

~~Gregory Kenny Lee 184070~~
Full name and prison number ~~DEBRA P. HACKETT CLK~~
of plaintiff(s)                U.S. DISTRICT COURT
                               MIDDLE DISTRICT ALA

v.                                )  CIVIL ACTION NO. 2:05cv1099.T
                                  )  (To be supplied by Clerk of
Leon Forners _____     )      U.S. District Court)
                                  )
CO1 Johnson _____     )
                                  )
Sgt REOShE Butler                 )
                                  )
                                  )
                                  )
_____     )
Name of person(s) who violated    )
your constitutional rights.       )
(List the names of all the        )
persons.)                         )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO ( x )

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO ( x )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            _____

            Defendant(s) _____N/A_____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) __N/a_____

            _____

3.   Docket number  N/A

4.   Name of judge to whom case was assigned  N/A

5.   Disposition (for example:  Was the case dismissed? Was it appealed?  Is it still pending?)  N/A

6.   Approximate date of filing lawsuit  N/A

7.   Approximate date of disposition  N/A

II.   PLACE OF PRESENT CONFINEMENT  Staton Correction Facilty

   P.O Box 56 Elmore Al. 36025

   PLACE OF INSTITUTION WHERE INCIDENT OCCURRED

   Staton Correction Facilty

III.  NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.
      **NAME**                          **ADDRESS**

   1.  Leon Forners,Warden

   2.  CO1 johnson

   3.  Sgt Reoshe ButlER

   4.

   5.

   6.

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED  10/28/05

V.    STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

   GROUND ONE: Denied medical treatment; I approached officer

   Johnson to inform him that I was sick and needed to go to the

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

infirmary. Officer Johnson refused to let me to the infirmary I then asked to see Sgt. Butler. Sgt. Butler did not take me to the infirmary till after Col Johnson had choked me and only a body chart was done at the time.

GROUND TWO:    Assault by Correctional officer Johnson;

SUPPORTING FACTS: At or around 10:17 pm, Inmate Lee went to the officer who was on duty and informed him (the COI Johnson) that he (Lee) was not feeling well and asked to go to the infirmary for medical treatment. Col Johnson refused and words were exchanged and Col Johnson assaulted Lee by choking him with his hands, thus violating Lee's person.

GROUND THREE:    On 10/29/05 Lee approached asst. warden Thomas to complain about what had transpired the night before. Asst.

SUPPORTING FACTS:   Warden Thomas stated that he did not care and not to bother him unless he was seriously injured.

10/20/05: 2:25 PM Sgt Reoshe Butler did not do anything to help the situation Regarding medical Attention, Sgt Reoshe Butler refuse me medical Attention And told me to go back to my dorm

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
     MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

Lee is asking for $10,000 dollars for personal injury and

pain and suffering caused from the assault. Also that Co1

Johnson be relieved of his duties as a correctional  officer.


*Gregory Lee*
Signature of plaintiff(s)

     I declare under penalty of perjury that the foregoing is true
and correct.

     EXECUTED on ___11/08/2005___.
                      (Date)


*Gregory Lee*
Signature of plaintiff(s)

4