AFFIDAVIT

On 10/28/05 at around 10:17 pm I approached officer Johnson to let him know that I was sick and needed to see Sgt. Butler. Officer Johnson grabbed me by my neck and choked me. After the incident of the officer choking me, he told me to go back to my bed, where I began to vomit on my sheets and blanket. I went to the door to tell again I was sick and he told me to "get away from the door before I slap the 'shit' out of you" I asked for him to call the Sgt. and he said that he's not calling the Sgt. and he did'nt. After I exchanged words with him he finally called the Sgt. and Sgt. Butler came to the Dorm. Sgt. butler took me to the shift office and told me that after count cleared that she would take me to the infirmary. I was then taken to the infirmary after the count cleared and was given a body chart stemming from Officer Johnson's choking.

I complained to the Asst. Warden and he said that "he did'nt care as the officer did not hurt you"

Respectfully,

Gregory Lee
GREGORY KENNY LEE
A.I.S. 184070

*Annie Latimore*
Notary Public

My Commission Expires 12/06/2005

On 10/28/05 at around 10:17pm I approached Officer Johnson to let him know that I was sick and needed to see Sgt Butler. Officer Johnson grabbed me by my neck and choke me, after the incident of the officer choking me he told me to go back to my bed where I began to vomit on my sheets and blanket. I went to the door to tell again I was sick and he told me to "get away from the door before I slap the shit of you." I asked for him to call the sgt and he said that he's not calling the sgt, and he didn't call the sgt. After the officer and I exchange words he finally called the sgt and Sgt Butler come to the dorm. Sgt Butler took me to the shift office and told me that after count cleared that she would take me to the infirmary. I was then taken to the infirmary after count cleared and was given a body chart stemming from Officer Johnson choking.

I complained to the asst Warden and he said that "he didn't care as long as the officer didn't hurt you."

Respectfully,
Gregory Kenny Lee
AIS # 184070
*Gregory Lee

Right violated are
1) Denied medical treatment (P.H.S.)
2) assaulted by Officer Johnson (

1) Denied Medical treatment
On 10/28/05 I approached Officer Johnson to inform him that I was sick and needed to go to the infirmary. Officer Johnson refused to let me go to the infirmary. I then asked to see Sgt Butler. Sgt Butler did not take me to the infirmary till after CoI Johnson choked me and only a body chart was done at that time.

2) assault by correction's Officer Johnson toward Inmate Gregory Kenny Lee # 184070.
On 10/28/05 at about or around 10:17pm Inmate Lee went to the officer who was on duty and informed him (CoI Johnson) that he (Lee) was not feeling well and asked to go to the infirmary for medical treatment. CoI Johnson refused and word were exchanged and CoI Johnson assaulted Lee by choking him with his hands, thus violating Lee's person...

3) On 10/29/05 Lee approached the asstance warden to complain about what had transpired the night before. Assistance Warden Thomas stated that he did not care and not to bother him unless he was seriously injured

Relief Sought

Lee is asking for $10,000.00 for personal injury and pain and suffering from the assault. Also CO I Johnson be relieved of his duties as a correction's officer.

| | | | | |
|---|---|---|---|---|
| 508 | SULFUR 8 ~~~~ ~~ | | | |
| 516 | HAIR FOOD 4 OZ. | 1 | EA | $1.73 |
| 539 | 1 UNBRK POCKET COMB | 1 | EA | $.29 |
| 570 | ACETAMINOPHEN 325MG | 2 | EA | $1.41 |
| 571 | IBUPROFEN-200 MG | 2 | EA | $1.46 |
| 572 | CHLORPHENIRAMINE 4MG | 2 | EA | $1.46 |
| 574 | MULTIVITAMIN | 1 | EA | $1.56 |
| 575 | GLUCOSE TABLETS | 1 | EA | $1.70 |
| 576 | ANTACIDS | 1 | EA | $1.26 |
| 578 | HYDROCORTISONE CREAM | 1 | EA | $1.65 |
| 580 | TOLNAFTATE POWDER | 1 | EA | $2.78 |
| 584 | CALAMINE LOTION | 1 | EA | $1.10 |
| 585 | TRIPLE ANTI. ONITMENT | 1 | EA | $2.40 |
| 587 | MICONAZOLE CR.30GM | 1 | EA | $2.52 |
| 588 | HEMORRHOIDAL CREAM | 1 | EA | $3.03 |
| 590 | HALL COUGH DROPS | 4 | EA | $.68 |

*For Honorable Review*