IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

_Gregory Lee_
Plaintiff(s)/Petitioner(s)

vs.

CIVIL ACTION NO. _2:05CV1099_
(To be supplied by Clerk of Court)

_LEON FORNIS_
Defendant(s)/Respondent(s)

### MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, _Gregory Lee_, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in **forma pauperis** in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I.  **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:**

    _N/A_

II. **RESIDENCE:**
    Your address: _____
    (Street)

    _____
    (City)        (State)        (Zip Code)

III. **MARITAL STATUS:**
    1. Single ____ Married ____ Separated _✓_ Divorced ____
    2. If married, spouse's full name: _____

IV. **DEPENDENTS:**
    1. Number: ____
    2. Relationship to dependent(s): _____
    3. How much money do you contribute toward your dependents' support on a monthly basis? $ ____

Revised 12/14/01

V.  **EMPLOYMENT:**
    1. Name of employer: _____
       a. Address of employer: _____
                                         (Street)

             (City)           (State)          (Zip Code)
       b. How long have you been employed by present employer?
          Years: _____        Months _____
       c. Income: Monthly $_____ or Weekly $_____
       d. What is your job title? _____

    2. If unemployed, date of last employment: _____
       Amount of salary and wages received per month in last employment: $ _____

    3. Is spouse employed? _____ If so, name of employer: _____
       _____
       a. Income: Monthly $_____ or Weekly $_____
       b. What is spouse's job title? _____

    4. Are you and/or your spouse receiving welfare aid? _____
       If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
    1. Owner of real property (excluding ordinary household furnishings and clothing):
       a. Description: _____
       b. Full Address: _____
       c. In whose name: _____
       d. Estimated value --------------------------- $ _____
       e. Total amount owed ------------------------ $ _____
          Owed to: _____ $ _____
                   _____ $ _____

       f. Annual income from property ----------------- $ _____

    2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
       a.                               Asset (1)        Asset (2)
          Make & Model:          _____   _____
          In whose name registered?   _____   _____
          Present Value of Asset:     _____   _____
          Amount owed:             _____   _____
          Owed to:                   _____   _____
       b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _____

    c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment - $ _____
Rent payments, interest or dividends --------------- $ _____
Pensions, annuities or life insurance payments ------- $ _____
Gifts or inheritances ---------------------------- $ _____
Stocks, bonds or notes -------------------------- $ _____
Tax refunds, Veteran benefits or social security benefits $ _____
Any other sources ------------------------------ $ _____

3. Obligations:
    a. Monthly rental on house or apartment ------------ $ _____
    b. Monthly mortgage payments on house ------------ $ _____

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)

_____
_____
_____
_____

Other (Explain): _____
_____
_____
_____
_____

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

11/05/05
**DATE**

Gregory K. Lee
**SIGNATURE OF PLAINTIFF/PETITIONER**

_____
**ADDRESS**
_____

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_____        *Gregory hee*_____
DATE                           SIGNATURE OF PLAINTIFF/PETITIONER


**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_____        _____
DATE                           SIGNATURE OF AUTHORIZED OFFICER

5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

2005 NOV 22  A 10: 03

REOSHA BUTLER
Plaintiff(s)/Petitioner(s)

DEBRA P. H[...]
U.S. DIST[...]
MIDDLE [...]

vs.

CIVIL ACTION NO. 2:05CV1099
(To be supplied by Clerk of Court)

GREGORY K LEE 184070
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, GREGORY KENNY LEE, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in <u>forma pauperis</u> in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I.   BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: I would like to File A lawsuit against Staton Corr. Facility and Sgt. Reosha Butler. THE REASON IS BECAUSE I WAS ASSAULTED BY Sgt. REOSHA BUTLER.

II.  RESIDENCE:
Your address: Staton Corr. Facility P.O. Box 56
(Street)
Elmore      Alabama      36025
(City)      (State)      (Zip Code)

III. MARITAL STATUS:
1. Single ✓   Married ___   Separated ___   Divorced ___
2. If married, spouse's full name: ___

IV.  DEPENDENTS:
1. Number: 0
2. Relationship to dependent(s): ___
3. How much money do you contribute toward your dependents' support on a monthly basis? $ ___

Revised 12/14/01

V.  **EMPLOYMENT:**
1. Name of employer: _____ N/A _____
   a. Address of employer: _____
      (Street)
      _____
      (City)            (State)          (Zip Code)
   b. How long have you been employed by present employer?
      Years: _____     Months _____
   c. Income: Monthly $_____ or Weekly $_____
   d. What is your job title? _____

2. If unemployed, date of last employment: _____
   Amount of salary and wages received per month in last employment: $ _____

3. Is spouse employed? _____ If so, name of employer: _____
   _____
   a. Income: Monthly $_____ or Weekly $_____
   b. What is spouse's job title? _____

4. Are you and/or your spouse receiving welfare aid? _____
   If so, amount: Monthly $_____ or Weekly $_____

VI.  **FINANCIAL STATUS**
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: _____
   b. Full Address: _____
   c. In whose name: _____
   d. Estimated value ------------------------ $ _____
   e. Total amount owed ---------------------- $ _____
      Owed to: _____        $ _____
      _____                  $ _____

   f. Annual income from property ------------- $ _____

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.                                    Asset (1)         Asset (2)
      Make & Model:              _____      _____
      In whose name registered?  _____      _____
      Present Value of Asset:    _____      _____
      Amount owed:               _____      _____
      Owed to:                   _____      _____
   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else - $ _____

2

c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment - $ _____
Rent payments, interest or dividends --------------- $ _____
Pensions, annuities or life insurance payments ------- $ _____
Gifts or inheritances ----------------------------- $ _____
Stocks, bonds or notes --------------------------- $ _____
Tax refunds, Veteran benefits or social security benefits $ _____
Any other sources -------------------------------- $ _____

3. Obligations:
   a. Monthly rental on house or apartment ----------- $ _____
   b. Monthly mortgage payments on house ----------- $ _____

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total debt) | (Monthly payment) |
| --- | --- | --- |
| (Creditor) | (Total debt) | (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (e.g. food stamps, family assistance or charitable contributions.)

_____
_____
_____

Other (Explain): _____
_____
_____
_____

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_3-14-04_
DATE

_Gregory Lee_
SIGNATURE OF PLAINTIFF/PETITIONER

_____
ADDRESS

_____

4

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

_____        _____
DATE                              SIGNATURE OF PLAINTIFF/PETITIONER

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at _____ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $_____. I further certify that during the past six months the average of monthly deposits to the applicant's account was $_____. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

_____        _____
DATE                              SIGNATURE OF AUTHORIZED OFFICER

5

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                STATON CORRECTIONAL FACILITY
```

AIS #: 184070      NAME: LEE, GREGORY                    AS OF: 11/03/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 27 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $0.07 | $2.36 |
| NOV | 3 | $2.36 | $0.00 |