IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GREGORY KENNETH LEE, #184 070    *

    Plaintiff,    *

    v.    * CIVIL ACTION NO. 2:05-CV-1099-T

LEON FORNISS, *et al.*,    *

    Defendants.    *

_____

**ORDER**

Upon consideration of Plaintiff's December 1, 2005 request to proceed in this action *in forma pauperis* and in light of the court's order and Recommendation entered November 28, 2005 (*see* Doc. No. 4), it is

ORDERED that the motion for leave to proceed *in forma pauperis* (Doc. No. 5) be and is hereby DENIED.

Done this 20th day of December 2005.

        **/s/ Delores R. Boyd**
        DELORES R. BOYD
        UNITED STATES MAGISTRATE JUDGE

        *For*

        VANZETTA PENN MCPHERSON
        UNITED STATES MAGISTRATE JUDGE